

# CHRIS DANIEL <span style="color:red">01-15-00412-CR</span>

### HARRIS COUNTY DISTRICT CLERK

April 27, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 7:32:57 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE DENISE COLLINS
208TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: DEBEYON PATRICE YOUNG

Cause No: 1388619

Court: 208TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 4/20/15
**Sentence Imposed Date:** 4/20/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L. CHARLES
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

CHERYL PIERCE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1388615

## THE STATE OF TEXAS

Debeyou Young V. , A/K/A/ _____

208 **District Court / County Criminal Court at Law No.** _____

**Harris County, Texas**

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __4-20-15__ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

**The undersigned attorney (check appropriate box):**

☒ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

__4-20-15__
**Date**

_____
**Defendant (Printed name)**

_____
**Attorney (Signature)**

__SCARDINO__
**Attorney (Printed name)**

__17718675__
**State Bar Number**

__3730 Ruby__
**Address**

__713/520 5223__
**Telephone Number**

**The defendant (check all that apply):**

☒ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☒ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

__Debeyou Young__
**Defendant (Signature)**

__DEBEYOU Young__
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

APR 20 2015

By Deputy District Clerk of Harris County, Texas _____

**FILED**
Chris Daniel
District Clerk

APR 20 2015

Time: _____
Harris County, Texas

By _____
Deputy

Page 1 of 2

# ORDER

On ___APR 2 0 2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **(GRANTED)** **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: ___APR 2 0 2015___

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS




Cause No. 1388615

THE STATE OF TEXAS

_Delecjon Yourng_, Defendant

IN THE **708** DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☒    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐    the defendant has waived the right of appeal.

_____  
Judge

**4-20-15**  
_____  
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____  
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

F I L E D  
Chris Daniel  
District Clerk

APR 20 2015

Time: _____  
Harris County, Texas  
By _____  
Deputy

_____  
Defendant's Counsel

State Bar of Texas ID number: 17716623

Mailing Address: 3730 Kirby

Telephone number: 713 520 5223

Fax number (if any): 713 520 5455

---

\* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

6-19-15

Court **208**                     Cause No. **1388019**

## The State of Texas

Debeyon Vs Young

Date Notice
Of Appeal: 4-20-15  APR 20 2015

Presentation:                   Vol._____ Pg._____

Judgment:                       Vol._____ Pg._____

Judge Presiding __Collins, Denise__
Court Reporter __Cheryl Pierce__
Court Reporter _____
Court Reporter _____

Attorney
on Trial __Katherine Scardino__

Attorney
on Appeal __N/A__

Appointed _____ Hired _____

Offense __Agg Robbery__

Jury Trial:          Yes _____   No __✓__

Punishment
Assessed __35 yr TDC__

Companion Cases
(If Known) __n/a__

Amount of
Appeal Bond __∅__

Appellant
Confined:          Yes __✓__   No _____

Date Submitted
To Appeal Section _____

Deputy Clerk __EBLK__